Nathaniel Watson # 84368-020
Name and Prisoner Number/Alien Registration Number

FCI Otisville New York
Place of Confinement

P.O. Box 1000
Mailing Address

Otisville, NY 10963-1000
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

RECEIVED
FEB 18 2026
PRO SE OFFICE

— Emergency —

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Southern District of New York

Nathaniel Watson                 )
(Full Name of Petitioner)        )
                                 )          **26 CV 1381**
                                 )
          Petitioner,            )   **CASE NO.** _____
                                 )          (To be supplied by the Clerk)
          vs.                    )
                                 )        — Emergency —
E. Rickard, Warden               )   **PETITION UNDER 28 U.S.C. § 2241**
(Name of Warden, Jailor or authorized person )   **FOR A WRIT OF HABEAS CORPUS**
having custody of Petitioner)    )   **BY A PERSON IN FEDERAL CUSTODY**
                                 )
          Respondent.            )
                                 )

**PETITION**

1.  What are you challenging in this petition?
    ☐  Immigration detention
    ☒  Bureau of Prisons sentence calculation or loss of good-time credits
    ☐  Probation, parole or supervised release
    ☒  Other (explain): Residential Reentry center / Home Confinement
    Placement under the Second Chance Act of 2007.

2.  (a) Name and location of the agency or court that made the decision you are challenging: Federal
    Correctional Institutional Otisville, 2 mile Drive, Otisville, NY 10963

    (b) Case or opinion number: _____

    (c) Decision made by the agency or court: _____
    _____
    _____

Revised 3/9/07                                    1                                    **530**

(d) Date of the decision: Team Date oct 14, 2025, See Exhibit B

3.  Did you appeal the decision to a higher agency or court?    Yes ☐    No ☐

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____

_____

_____

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☐        No ☐

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Federal Bureau of Prisons are in Violation For calculating My Sentence Monitoring computation Data incorrect and in violation of Program Statement 5100.08, which is the governing Policy of Inmates Classification.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

My Prior institution Facility: MNA marianna FCI Failed to recommend to (DSC) that My Sentencing Monitoring computation Data be Updated, as to September 4, 2026.

Now I am being Housed at FCI otisville New York, and My Sentence monitoring computation Data Still has Not been Updated.

See the attachment Sentence computation Data.

(b) Did you exhaust all available administrative remedies relating to Ground One?     Yes ☐     No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

After recently learning of the Second Chance Act of 2007 And My calculation release date is incorrect wrong, I Felt it is imperative to by Pass Administrative remedies Due to loosing even more time lost toward My Detention Eligibility Date Which should be 3/4/2026. Insted of the 3/4/2027.

**GROUND TWO:** I Should be entitle to the one year Reduction Under Second Chance Act of 2007, Regardless of My offense or lenght of Sentence. everyone is entitle.
My Projected release date Should have been change From 9/4/2027 to 9/4/2026 so it can reflect the law of the Second Chance Act of 2007.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Public law 110-199. April 9, 2008, the Second chance Act of 2007. Pre release custody - Section 3624(c) of title 18. United States code is amended to read as Follows:
The Director of Federal Bureau of Prisons Shall, to the extent Practicable, ensure that a Prisoner Serving a term of Imprisonment Spens a Portion of the Final months of that term Not to exceed 12 Months.
Under conditions that will afford that Prisoner a reasonable oppertunity to adjust to and Prepare for the reentry of that Prisoner into the community.
Such conditions may include a community correctional Facility or RRC/HC, Residential Reentry center / Home confinement Placement.
Due to the change in the law everyone is entitle to the Second chance Act 2007.
Regardless of the offense or lenght of Sentence.

(b) Did you exhaust all available administrative remedies relating to Ground Two?    Yes ☐    No ☒

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
See Page Four....

**GROUND THREE:** MY Prior unit team Facility @ MNA marianna FCI In Florida Failed to Prepare MY Paperwork For RRC/Home Residential Reentry Center / Home Confinent 17 to 19 Months Prior oF MY Release date oF 2027-9-4. Following the Second chance Act 2007

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
On MY IndividualiZed Needs Plan — Program Review MY Prior institution Stated on Page 4 oF MY Sentry Data a8 oF APril 28, 2025, RRC/Hc Placement No. management decision — Not within the time Frame, See EXhibit ©.

(b) Did you exhaust all available administrative remedies relating to Ground Three?    Yes ☐    No ☒

(c) If yes, did you present the issue to:
☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
See Page Four ....

**GROUND FOUR:** Petitioner constitutional Rights are being violated by Federal Bureau of Prisons For Failure to update my sentence computation Data, Under Second Chance Act, this Falls on both My Prior and Present Institution For Failure to recommend to Designation & Sentence computation center, DSCC.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner, Sentence Monitoring computation Data was last updated on June 5, 2019 Pursuant to the change of the law of First Step Act.
Since than Petitioner Sentence monitoring computation Data, has Not been update under the Second Chance Act, that Petitioner are entitle to by and qualify up to one year Under the Second Chance Act.
Please See Exhibit (A) of Page (5), Sentence monitoring computation Sheet.

(b) Did you exhaust all available administrative remedies relating to Ground Four?     Yes ☐    No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
See Page Four.

7

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐        No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a)   Have you filed a motion under 28 U.S.C. § 2255?          Yes ☐        No ☒

      If yes, answer the following:

      (1)  Name of court: _____

      (2)  Case number: _____

      (3)  Opinion or case number: _____

      (4)  Result: _____

      (5)  Date of result: _____

      (6)  Issues raised: _____
      _____
      _____
      _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b)   Explain why the remedy under § 2255 is inadequate or ineffective: _____
   _____
   _____
   _____
   _____

8.    If this case concerns immigration removal proceedings, answer the following:

   (a)   Date you were taken into immigration custody: _____

   (b)   Date of removal or reinstatement order: _____

   (c)   Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☐

      (1)  Date you filed: _____

      (2)  Case number: _____

8

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)   Did you file an appeal with the federal court of appeals?        Yes ☐        No ☒

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.   Petitioner asks that the Court grant the following relief: Immediate release to the Residential Reentry Center and second Home confinement Placement. under the Second chance Act 2007 that I am entitle to by law. Furthermore I ask that an Attorney be appointed under criminal Justice Act; 18 U.s.c Section 3006 A. or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 2/4/2026 (month, day, year).

_Signature of Petitioner_ / Pro-Se / Layman of the Laws.

_____          _____

Signature of attorney, if any                    Date

9

United States court, For the Southern
District of New york

Nathaniel Watson,          case No.:
Petitioner,
VS.
E. Rickard, warden
Respondent.

Face Sheet

Clerk, of the U.S. court,
I am Nathaniel Watson, (BoP) reg No.: # 84368-020
writing you this Emergency Petition under 28 U.S.c
Section 2241 For the writ of Habeas corpus by A
Person in Federal custody.
Once this motion is Filed Please return me with
a receipt & a time Stamp copies of the Filing of
this Habeas corpus For Relief, I Further ask that
an Attorney be appointed to continue repre-
senting Petitioner under 28 U.S.c. Section 2241
and under criminal Justice Act; 18 U.S.c Section
3006 A. IF Necessary For adequate representation
                                    Sincerely,
                              /S/ [signature]
                              Date: 2/4/2026
Pro-Se/Layman of the Laws.

(10)

